IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JORDAN CARL and RACHEL CARL,**
*individually and on behalf of*
*their minor child, C.C.* **PLAINTIFFS**

**v.** **Civil No. 1:22-cv-191-LG-BWR**

**SHANDONG NASEN ELECTRIC CO., LTD,**
*d/b/a GARDGUARD* **DEFENDANT**

### DEFAULT JUDGMENT

In accordance with the Order entered by the Court granting the Plaintiff's Motion [72] for Default Judgment.

**IT IS THEREFORE ORDERED AND ADJUDGED** that judgment is rendered in favor of Plaintiffs Jordan Carl and Rachel Carl against Shandong Nasen Electric Co., Ltd., pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs shall recover from Defendant Shandong Nasen Electric Co., Ltd., judgment in the amount of $164,897.41.

**SO ORDERED AND ADJUDGED** this the 19th day of July, 2024.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE